518 A.2d 808

**Joseph TAYLOR**

v.

**OXFORD LAND, INC., Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1986.

Decided Dec. 30, 1986.

David Ainsman, Rosenberg, Kirshner, P.A., Pittsburgh, Pa., for appellant.

Kenneth P. Simon, Pittsburgh, Pa., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

PAPADAKOS, J., dissents.